# LUMER & NEVILLE

Attorneys At Law

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
WWW.LUMERNEVILLE.COM

MICHAEL B. LUMER
JAMES C. NEVILLE

(212) 566-5060
FACSIMILE (212) 406-6890

March 27, 2015

**By ECF**
Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

   **Re:** **Smith, et al., v. City of New York, et al.,**
     **14 CV 5841 (MKB) (VMS)**

Dear Judge Scanlon:

  I write to advise the Court that plaintiffs Jeff Lysius and Kymahli Lysius have today reached a settlement with the defendants with respect to these two plaintiffs' claims for legal fees and costs pursuant to the terms of the Offers of Judgment they previously accepted. We expect that the agreement will be memorialized shortly.

  Thank you for your kind attention.

          Respectfully submitted,

          /s/

          Michael Lumer

cc: Peter Fogarty, ACC (By ECF)