UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

NATASHA SMITH, et al.,

                                                Plaintiffs,

              -against-

THE CITY OF NEW YORK, et al.,

                                              Defendants.

**STIPULATION AND ORDER OF DISMISSAL AS TO ATTORNEYS' FEES, EXPENSES, AND COSTS**

14-CV-5841 (MKB) (VMS)

------------------------------------------------------------------------- x

      **WHEREAS,** on February 9, 2015, a judgment pursuant to Rule 68 of the Federal Rule of Civil Procedure was entered in favor of the plaintiff Jeff Lysius in the amount of $25,001.00 plus reasonable attorneys' fees, expenses and costs to February 9, 2015; and

      **WHEREAS,** on February 9, 2015, a judgment pursuant to Rule 68 of the Federal Rule of Civil Procedure was entered in favor of the plaintiff Kymahli Lysius in the amount of $25,001.00 plus reasonable attorneys' fees, expenses and costs to February 9, 2015; and

      **WHEREAS,** the parties now desire to resolve the issue of attorneys' fees, expenses and costs, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

      1.    The issue of attorneys' fees, expenses and costs for the judgments entered in favor of the plaintiffs Jeff Lysius and Kymahli Lysius are resolved; and

      2.    The District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement pertaining to attorneys' fees,

expenses, and costs reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York

_____, 2015

LUMER & NEVILLE
*Attorneys for Plaintiffs*
225 Broadway, Suite 2700
New York, New York 10007

By: ___/s/ Michael B. Lumer 4/13/15___
Michael B. Lumer
*Attorney for Plaintiffs*

Dated: New York, New York
_____, 2015

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: ___/s/ Peter J. Fogarty 4/20/15___
Peter J. Fogarty
*Assistant Corporation Counsel*

SO ORDERED:

_____
MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE